# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        vs.

SANTOS ANTONIO JIMENEZ-GARCIA,

                Defendant.

CASE NO. 13CR4358 GPC

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____ the Court has dismissed the case for unnecessary delay; or

_____ the Court has granted the motion of the Government for dismissal, without prejudice; or

_____ the Court has granted the motion of the defendant for a judgment of acquittal; or

_____ a jury has been waived, and the Court has found the defendant not guilty; or

_____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/26/2014

Jan M. Adler
U.S. Magistrate Judge